UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-23774-PCH-HUCK/BECERRA

**BASSEM FAYAD**,

    Plaintiff,

v.

**SEQUIUM ASSET SOLUTIONS, LLC**,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY

**THIS MATTER** is before the Court upon the Defendant's Unopposed Motion to Stay the Case Pending the *En Banc* Decision in *Hunstein* ("Motion"), which was filed on December 20, 2021. [ECF No. 9]. Upon this Court's review of the Motion, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED**, and the trial date set during the two-week period commencing Monday, June 6, 2022, is **VACATED**. The Court will lift the stay on appropriate motion by either party.

**DONE AND ORDERED** in Miami, Florida, on December 21, 2021.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
All Counsel of Record